IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GUANGJIE CHAN, A# 249-142-373                                    PETITIONER

v.                                              CIVIL NO. 5:26-cv-108-DCB-RPM

WARDEN RAFAEL VERGARA                                            RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Guangjie Chen's (Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1] Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

Petitioner names Rafael Vergara, the Warden of the Adams County Correctional Center, as the Respondent, along with remote supervisory officials and other government departments. When a habeas petitioner challenges his present physical custody, "the proper respondent is the warden of the facility where the [petitioner] is being held, not the Attorney General or some other remote supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). After initial review of Petitioner's filings, the Court finds that the proper Respondent is Warden Vergara and Respondent shall respond to the Petition.

**IT IS THEREFORE ORDERED** that the sole Respondent is Rafael Vergara, Warden of Adams County Correctional Center. The Clerk of Court is directed to edit the docket accordingly.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this

---

[1] Petitioner paid the filing fee.

order.  Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.   If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] filed herein, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.  <u>Respondent may view Petitioner's Memorandum in Support [2] via the Court's CM/ECF System</u>.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 6th day of March, 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE